1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
9

10 | BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 07 0486 EDL

   **STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT F&M ENGINEERING CONTRACTORS, INC. And [PROPOSED] ORDER THEREON**

16              Plaintiffs,

17      vs.

18 F & M ENGINEERING CONTRACTORS,
   INC., a California corporation; and CLETUS
19 MARION McCONVILLE, an Individual,

20              Defendants.

21 | BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C-07 0487 EDL

6084237.1
-1-
Stipulated Request for Dismissal without Prejudice of Defendant F&M Engineering Contractors, Inc. and [proposed] Order Thereon

|   |   |
|---|---|
| 1 |   |
| 2 | Plaintiffs, |
| 3 | vs. |
| 4 | F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, |
| 5 |   |
| 6 | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, and Defendant Cletus Marion McConville that Defendant F&M Engineering Contractors, Inc., be dismissed from the above-captioned matter without prejudice. Defendant F&M Engineering Contractors, Inc., has not appeared in this action and is currently in bankruptcy.

DATED: August 7, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Joye Blanscett
Attorneys for Plaintiffs Laborers Trust Funds

DATED: August 7, 2007

DIEMER, WHITMAN & CARDOSI, LLP

By _____
Judith L. Whitman
Attorneys for Defendant McConville

-2-
Stipulated Request for Dismissal without Prejudice of Defendant F&M Engineering Contractors, Inc. and [proposed] Order Thereon

Error! Unknown document property name

**[proposed] ORDER**

IT IS SO ORDERED that Defendant F&M Engineering Contractors, Inc., is dismissed without prejudice.

DATED: August 13, 2007

By _____
HON. _____
UNITED STATES _____



-3-

Stipulated Request for Dismissal without Prejudice of Defendant F&M Engineering Contractors, Inc. and [proposed] Order Thereon