Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual,<br><br>Defendants. | Case No.: C 07 0486 EDL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**<br><br>Date:     October 9, 2007<br>Time:    10:00 a.m.<br>Ctroom:  E, 15th Floor |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs, | Case No.: C-07 0487 EDL |

6086869.1

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

| | |
|---|---|
| 1 | vs. |
| 2 | F & M ENGINEERING CONTRACTORS, INC., a California corporation; and CLETUS MARION McCONVILLE, an Individual, |
| 3 | |
| 4 | Defendants. |

## STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs Board of Trustees of The Cement Masons Health and Welfare Trust Fund for Northern California; Board of Trustees of The Cement Masons Vacation-Holiday Trust Fund for Northern California; Board of Trustees of The Cement Masons Pension Trust Fund for Northern California; and Board of Trustees of The Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"), and Defendant Cletus Marion McConville ("McConville") stipulate to and respectfully request that the court continue the Case Management Conference in this matter currently set for October 9, 2007 at 10:00 a.m. for a period of sixty (60) days.

The parties have reached a tentative settlement agreement in this case. The details of the settlement are dependant however upon defendant resolving disputes with other third-party creditors to this action. Defendant has made progress in this regard and plaintiffs have presented defendant with a draft settlement agreement. The parties believe that a final settlement can be reached and the settlement agreement fully executed in the next sixty (60) days.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6086869.1

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

In addition to the foregoing, Defendant's counsel has a calendaring conflict with the case management conference, which she has been unable to resolve. Accordingly, the parties request that this court continue the case management conference in this matter.

IT IS SO STIPULATED:

DATED: September 27, 2007

BULLIVANT HOUSER BAILEY PC

By /s/ _____
    Joye Blanscett
    Attorneys for Plaintiffs Cement Masons
    Trust Funds

DATED: September 27, 2007

DIEMER, WHITMAN & CARDOSI, LLP

By /s/ _____
    Judith L. Whitman
    Attorneys for Defendant Cletus M. McConville

[PROPOSED] ORDER

Good cause appearing, it is so ORDERED that the case management conference currently set for October 9, 2007 at 10:00 a.m. is continued to _December 11, 2007_, at 10:00 a.m. in Courtroom E, 15th Floor.

DATED: September 28, 2007

By _____
HON. _____
UNITED STATES _____ JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

-3-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

6086869.1